**ANDERSON vs. LAMETTI** and others, *executrix* and *executors*, &c.

ERROR from the supreme court. This was an action of covenant by the executors of a *tenant* to recover of a *landlord* for improvements made on the demised premises, during the continuance of the term, under a covenant contained in the lease, whereby the landlord had bound himself to pay whatever the improvements should be appraised at, not exceeding a certain sum. A recovery was had against the landlord, and he applied for a new trial which was granted, as will be seen by reference to 6 *Cowen*, 302, because in estimating the amount, *ordinary repairs* were included in the appraisement. In the second trial those repairs were omitted, and the landlord again applied for a new trial, contending that by the terms of the covenant he was not liable, except for the value of *new buildings*, if any, erected by the ten-

ant. In the case in 6 *Cowen*, the court decided this question against the landlord, and on the second application for a new trial confirmed their former decision, and gave judgment against the landlord, who sued out his writ of error to this court. The covenant is *vaguely* worded, and as it is supposed the decision in this case will rarely, if ever, serve as a precedent, it is deemed unnecessary to state the case more fully. The *chancellor* delivered an opinion in favor of the affirmance of the supreme court, and the court being unanimously of opinion that the judgment ought to be affirmed, it was *affirmed* accordingly.